```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17946
   LEON POE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2130

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/01/2007 and was confirmed 12/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              525.00           .00         525.00
RESCAP MORTGAGE           CURRENT MORTG           .00           .00            .00
RESCAP MORTGAGE           MORTGAGE ARRE           .00           .00            .00
HOMECOMINGS FINANCIAL     UNSEC W/INTER NOT FILED              .00            .00
TRIAD FINANCIAL CORP      SECURED VEHIC           .00           .00            .00
TRIAD FINANCIAL CORP      UNSEC W/INTER           .00           .00            .00
CHECK & GO OF ILLINOIS    UNSEC W/INTER NOT FILED              .00            .00
BUREAU OF COLLECTION REC  UNSEC W/INTER NOT FILED              .00            .00
CITIBANK                  UNSEC W/INTER NOT FILED              .00            .00
DEVON FINANCIAL SERVICE   UNSEC W/INTER         321.99         8.54         321.99
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED              .00            .00
ILLINOIS DEPARTMENT OF U  UNSEC W/INTER NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER         991.22        26.19         991.22
RICKENBACKER GRP          UNSEC W/INTER NOT FILED              .00            .00
T-MOBILE USA              UNSEC W/INTER         225.11         5.95         225.11
RESCAP MORTGAGE           NOTICE ONLY   NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,314.00                      1,314.00
TOM VAUGHN                TRUSTEE                                           269.21
DEBTOR REFUND             REFUND                                            464.85

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             4,152.06

PRIORITY                                         .00
SECURED                                       525.00
UNSECURED                                   1,538.32
    INTEREST                                   40.68
ADMINISTRATIVE                              1,314.00
TRUSTEE COMPENSATION                          269.21

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17946 LEON POE
```

```
DEBTOR REFUND                                               464.85
                                   ---------------   ---------------
TOTALS                                    4,152.06          4,152.06
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
Dated: 02/26/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE